AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | **CRIMINAL COMPLAINT** |
| Exar Adrian Lindo-Ayala | | |
| | | Case Number: M-21-2037-M |
| IAE   YOB: 1990 | | |
| Nicaragua | | |
| (Name and Address of Defendant) | | |

United States District Court
Southern District of Texas
FILED

SEP 27 2021

Nathan Ochsner, Clerk

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 25, 2021** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Nicaragua in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Exar Adrian Lindo-Ayala was encountered by Border Patrol Agents near La Joya, Texas on September 25, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 25, 2021, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on October 1, 2020, through Brownsville, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On March 3, 2020, the defendant was convicted of Making False, Fictitious, or Fraudulent Statements or Representation and sentenced to Time Served.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA Angel Castro

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

September 27, 2021   - 4:32 pm

/S/   William A. Dubois
Signature of Complainant

William A. Dubois   Border Patrol Agent

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer